UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN M. COUGHLIN,

                Plaintiff,

     v.                                     5:06-CV-497

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                          OF COUNSEL:

OLINSKY, SHURTLIFF LAW FIRM      HOWARD OLINSKY, ESQ.
300 S. State St., 5th Floor
Syracuse, NY 13202
*Attorney for Plaintiff*

OFFICE OF REGIONAL GENERAL COUNSEL  KARLA J. GWINN, ESQ.
Social Security Administration              Special Asst. U.S. Attorney
26 Federal Plaza
New York, NY 10278
*Attorney for Defendant*

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 16th day of May 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

      2.  This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

      IT IS SO ORDERED.

Dated: June 4, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge