United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**JOHN M. COUGHLIN,**

       **Plaintiff,**

  **V.**                                    **CASE NUMBER:**    **5:06-CV-497**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Report-Recommendation is hereby adopted in its entirety and that this matter is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

    All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 4th day of June, 2008.

**DATE:**    **June 4, 2008**                      **LAWRENCE K. BAERMAN**
                                                                     **CLERK OF COURT**

                                                                     s/

                                                            **By:**    **Lori M. Welch**
                                                                        **Deputy Clerk**