# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**JOHN M. COUGHLIN**

    vs.                         **CASE NUMBER: 5:06-CV-497 (NAM/GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Gustave J. DiBianco is adopted in its entirety and that this matter is Remanded to the Commissioner of Social Security pursuant to sentence four of 42 USC § 405(g) for further proceedings.

It is further Ordered that the Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 USC 2412 is granted, counsel for the plaintiff is awarded the amount of $6,197.25.

All of the above pursuant to the Orders of the Honorable Chief Judge Norman A. Mordue, dated 6/4/2008 and 9/28/2009.

DATED: September 30, 2009

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk